[No. 9822-5-I.   Division One.   April 21, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. LAWRENCE
JOHNSON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-03707-9, Robert E. Dixon, J., entered January 13, 1981. *Affirmed* by unpublished opinion per

Williams, J., concurred in by Durham, A.C.J., and Ringold, J.